**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01113-CV

### IN THE INTEREST OF: B.A.E, Z.R.E AND A.C.E, Children

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-50454-2010

# ORDER

We **DENY** Lisa Edwards's September 10, 2013 motion for rehearing.

/s/      MOLLY FRANCIS
JUSTICE